JAMES A. BANISTER *et al.*, Respondents, *v.* JOHN E. HENN, Appellant.

1. *Supreme Court—Damages—Ten per cent. allowed, when.*—When the record plainly shows that the appeal was taken for delay, and is destitute of merit, the judgment will be affirmed, with ten per cent. damages.

*Appeal from St. Louis Circuit Court.*

*T. A. & H. M. Post,* for respondents.

*John W. Colvin,* for appellant.

WAGNER, Judge, delivered the opinion of the court.

In this case the appellant has filed neither assignment of errors nor brief. The record plainly shows that the appeal was taken for delay, and is destitute of merit.

The judgment will therefore be affirmed, with ten per cent. damages. The other judges concur.